Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Bruce Delann Borah, Jr. |
| Debtor 2 (Spouse, if filing) | Natividad Borah; fka Natividad Gonzales |
| United States Bankruptcy Court for the: | Northern District of Georgia |
| Case number | 20-40258-bem |

Official Form 410S1

# Notice of Mortgage Payment Change                                              12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** United Security Financial Corp

**Court claim no.** (if known): 14-2

**Last 4 digits** of any number you use to identify the debtor's account: 7 9 3 6

**Date of payment change:**
Must be at least 21 days after date of this notice: 10/01/2021

**New total payment:** $ 1,162.40
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 360.01       New escrow payment: $ 408.74

### Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____      New principal and interest payment: $ _____

### Part 3:  Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____       New mortgage payment: $ _____

Official Form 410S1            Notice of Mortgage Payment Change            page 1

Debtor 1 **Bruce Delann Borah, Jr.**
      First Name    Middle Name    Last Name

Case number (*if known*) **20-40258-bem**

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✘ **/s/ D. Anthony Sottile**
Signature

Date **09/10/2021**

Print: **D. Anthony Sottile**
    First Name    Middle Name    Last Name

Title **Authorized Agent for Creditor**

Company **Sottile & Barile, LLC**

Address **394 Wards Corner Road, Suite 180**
    Number    Street

**Loveland**    **OH**    **45140**
City    State    ZIP Code

Contact phone **513-444-4100**

Email **bankruptcy@sottileandbarile.com**



**BSI Financial Services**

314 S Franklin St / Second Floor
PO Box 517
Titusville PA 16354
800-327-7861
814-260-4159 Fax
www.bsifinancial.com

BRUCE BORAH JR
116 HUNTINGTON WAY
DALLAS          GA 30132

YOUR LOAN NUMBER: ████

DATE: 09/07/21

*** ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT - CORRECTION ***

PLEASE REVIEW THIS STATEMENT CLOSELY - YOUR MORTGAGE PAYMENT MAY BE AFFECTED.
THIS STATEMENT TELLS YOU OF ANY CHANGES IN YOUR MORTGAGE PAYMENT, ANY SURPLUS
REFUNDS, OR ANY SHORTAGE YOU MUST PAY. IT ALSO SHOWS YOU THE ANTICIPATED
ESCROW ACTIVITY FOR YOUR ESCROW CYCLE  BEGINNING   10/21 THROUGH    09/22.

------- ANTICIPATED PAYMENTS FROM ESCROW -   10/21 THROUGH    09/22 -------

```
        HOMEOWNERS INS            1872.00
        FHA MIP -RBP              1080.72
        COUNTY TAX                1705.14
        CITY                       247.13

        TOTAL PAYMENTS FROM ESCROW   4904.99

        MONTHLY PAYMENT TO ESCROW    408.74 (1/12TH OF ABOVE TOTAL)
```

------- ANTICIPATED ESCROW ACTIVITY -   10/21 THROUGH    09/22--------

| MONTH | -ANTICIPATED PAYMENTS- TO ESCROW | FROM ESCROW | DESCRIPTION | -- ESCROW BALANCE COMPARISON -- ANTICIPATED | | REQUIRED | |
|---|---|---|---|---|---|---|---|
|   |   | ACTUAL | STARTING BALANCE | 1994.13 | | 1705.14 | |
| OCT 21 | 408.74 | 90.06 | FHA MIP -RBP | 2312.81 | | 2023.82 | |
| NOV 21 | 408.74 | 90.06 | FHA MIP -RBP |  | | | |
|   |   | 1705.14 | COUNTY TAX | ALP | 926.35 | RLP | 637.36 |
| DEC 21 | 408.74 | 90.06 | FHA MIP -RBP |  | | | |
|   |   | 247.13 | CITY | 997.90 | | 708.91 | |
| JAN 22 | 408.74 | 90.06 | FHA MIP -RBP | 1316.58 | | 1027.59 | |
| FEB 22 | 408.74 | 90.06 | FHA MIP -RBP | 1635.26 | | 1346.27 | |
| MAR 22 | 408.74 | 90.06 | FHA MIP -RBP | 1953.94 | | 1664.95 | |
| APR 22 | 408.74 | 90.06 | FHA MIP -RBP | 2272.62 | | 1983.63 | |
| MAY 22 | 408.74 | 90.06 | FHA MIP -RBP | 2591.30 | | 2302.31 | |
| JUN 22 | 408.74 | 90.06 | FHA MIP -RBP | 2909.98 | | 2620.99 | |
| JUL 22 | 408.74 | 90.06 | FHA MIP -RBP | 3228.66 | | 2939.67 | |
| AUG 22 | 408.74 | 90.06 | FHA MIP -RBP | 3547.34 | | 3258.35 | |

```
SEP 22    408.74    1872.00    HOMEOWNERS INS
                      90.06    FHA MIP -RBP       1994.02         1705.03
```

----------- DETERMINING THE SUFFICIENCY OF YOUR ESCROW BALANCE ------------

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS LESS THAN THE REQUIRED BALANCE (RLP), THEN YOU HAVE AN ESCROW SHORTAGE. YOUR ESCROW SHORTAGE IS           0.00.

IF THE ANTICIPATED LOW POINT BALANCE (ALP) IS GREATER THAN THE REQUIRED BALANCE (RLP), THEN YOU HAVE AN ESCROW SURPLUS. YOUR SURPLUS IS         288.99.

----------------- CALCULATION OF YOUR NEW PAYMENT AMOUNT ------------------

```
        PRINCIPAL & INTEREST                              753.66
        ESCROW (1/12TH OF ANNUAL ANTICIPATED              408.74
            DISBURSEMENTS AS COMPUTED ABOVE)
        PLUS: OPTIONAL INSURANCE PREMIUMS                   0.00
        PLUS: REPLACEMENT RESERVE OR FHA SVC CHG            0.00
        PLUS: SHORTAGE PAYMENT                              0.00
        MINUS: SURPLUS CREDIT                               0.00
        ROUNDING ADJUSTMENT                                 0.00
        MINUS: BUYDOWN/ASSISTANCE PAYMENTS                  0.00
```

BORROWER PAYMENT STARTING WITH THE PAYMENT DUE 10/01/21    1162.40
NOTE: YOUR ESCROW BALANCE MAY CONTAIN A CUSHION. A CUSHION IS AN AMOUNT OF MONEY HELD IN YOUR ESCROW ACCOUNT TO PREVENT YOUR ESCROW BALANCE FROM BEING OVERDRAWN WHEN INCREASES IN THE DISBURSEMENTS OCCUR. FEDERAL LAW AUTHORIZES A MAXIMUM ESCROW CUSHION NOT TO EXCEED 1/6TH OF THE TOTAL ANNUAL ANTICIPATED ESCROW DISBURSEMENTS MADE DURING THE ABOVE CYCLE. THIS AMOUNT IS      637.36. YOUR LOAN DOCUMENTS OR STATE LAW MAY REQUIRE A LESSER CUSHION. WHEN YOUR ESCROW BALANCE REACHES ITS LOWEST POINT DURING THE ABOVE CYCLE, THAT BALANCE IS TARGETED TO BE YOUR CUSHION AMOUNT.

YOUR ESCROW CUSHION FOR THIS CYCLE IS     637.36.

YOUR ANTICIPATED ESCROW BALANCE CONSISTS OF THE FOLLOWING DETAIL (AN * NEXT TO AN AMOUNT INDICATES THIS IS A TOTAL THAT REPRESENTS MORE THAN ONE PAYMENT TO OR DISBURSEMENT FROM ESCROW):
ESCROW PAYMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
10/19      349.99      11/19      349.99      12/19      7890.16  *
```
ESCROW DISBURSEMENTS UP TO ESCROW ANALYSIS EFFECTIVE DATE:
```
00/00      0.00                               00/00      0.00
00/00      0.00                               00/00      0.00
00/00      0.00                               00/00      0.00
```

Licensed as Servis One, Inc. dba BSI Financial Services.

BSI Financial Services NMLS # 38078. Customer Care Hours: Mon. - Fri. 8:00 am to 11:00 pm (ET) and Sat. 8:00 am to 12:00 pm (ET).

If you have filed a bankruptcy petition and there is an "automatic stay" in effect in your bankruptcy case or you have received a discharge of your personal liability for the obligation identified in this letter, we may not and do not intend to pursue collection of that obligation from you personally. If either of these circumstances apply, this notice is not and should not be construed to be a demand for payment from you personally. Unless the Bankruptcy Court has ordered otherwise, please also note that despite any such bankruptcy filing, whatever rights we hold in the property that secures the obligation remain unimpaired.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| In Re: | Case No. 20-40258-bem |
| Bruce Delann Borah, Jr.<br>Natividad Borah<br>*fka* Natividad Gonzales | Chapter 13 |
| Debtors. | Judge Barbara Ellis-Monro |

## CERTIFICATE OF SERVICE

I certify that on September 10, 2021, a copy of the foregoing Notice of Mortgage Payment Change was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/Parties may access this filing through the Court's system:

    Jeffrey B. Kelly, Debtors' Counsel
    kellycourtnotices@gmail.com

    N. Whaley, Interim Chapter 13 Trustee
    courtdailysummary@atlch13tt.com

    Office of the United States Trustee
    (registeredaddress)@usdoj.gov

I further certify that on September 10, 2021, a copy of the foregoing Notice of Mortgage Payment Change was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Bruce Delann Borah, Jr., Debtor
    116 Huntington Way
    Dallas, GA 30132

Natividad Borah, Debtor
116 Huntington Way
Dallas, GA 30132

Dated: September 10, 2021              /s/ D. Anthony Sottile
                                                                                    D. Anthony Sottile
                                                                                    Authorized Agent for Creditor
                                                                                    Sottile & Barile, LLC
                                                                                    394 Wards Corner Road, Suite 180
                                                                                    Loveland, OH 45140
                                                                                    Phone: 513.444.4100
                                                                                    Email: bankruptcy@sottileandbarile.com